JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETTINA L. ROBINSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JULIE MAI, and DOES 1 - 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:20-cv-10462-CAS (PVCx)<br><br>*[Assigned to Hon. Christina A. Snyder]*<br><br>**[PROPOSED] ORDER RE: STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |

### **[PROPOSED] ORDER**

Pursuant to the Stipulation for Dismissal of Entire Action entered into between Plaintiff and Counter Defendant BRETTINA L. ROBINSON and Defendant and Counter Claimant JULIE MAI, the above-entitled action is dismissed with prejudice with each party bearing their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: February 10, 2022

　　　　　　　　　　　　　　　　　　　_/s/ Christina A. Snyder_____

　　　　　　　　　　　　　　　　　　　The Honorable Christina A. Snyder
　　　　　　　　　　　　　　　　　　　Judge, United States District Court
　　　　　　　　　　　　　　　　　　　Central District of California